IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

        Petitioner,               No. CIV S-06-1547 LKK DAD P

    vs.

JEANNE WOODFORD, et al.,

        Respondents.          <u>ORDER</u>

                              /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee of $5.00 or submitted an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a). Petitioner will be granted thirty days to pay the filing fee or file a properly completed application to proceed in forma pauperis on the form provided with this order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, the $5.00 filing fee or an application to proceed in forma pauperis on the form provided with this order; petitioner's failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute; and

/////

1

Dockets.Justia.com

1        2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form to be used by a prisoner proceeding with a petition for writ of habeas corpus.
3  DATED: July 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:13:bb
   peni1547.101a