IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

      Petitioner,                No. CIV S-06-1547 LKK DAD P

   vs.

JEANNE WOODFORD, et al.,

      Respondents.         ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed August 29, 2006, petitioner has been granted leave to proceed in forma pauperis.

      Petitioner has complied with the court's order requiring him to submit a signed copy of the signature page of his petition for writ of habeas corpus. The signed page submitted on September 11, 2006, is deemed to be part of the petition filed July 12, 2006.

      Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An

1

answer shall be accompanied by all transcripts and other documents relevant to the grounds for relief presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

      2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

      3. If the response to the habeas petition is a motion, petitioner's opposition or a statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

      4. The Clerk of the Court shall serve a copy of this order together with (1) the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner on July 12, 2006, and (2) the notice of submission of signature page filed by petitioner on September 11, 2006 upon Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: November 27, 2006.

                                              /s/ Dale A. Drozd
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:13
peni1547.100