IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE B. PENILTON,** | CIV S-06-1547 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE WOODFORD, et al.,** | |
| Respondents. | |

Respondent has requested a thirty (30) day extension of time to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent's February 9, 2007 application for extension of time is granted to and including February 28, 2007.

DATED: February 13, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/peni1547.eot

1