IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

    Petitioner,                   No. CIV S-06-1547 LKK DAD P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed a motion for default judgment.

        Finding good cause, on February 13, 2007, this court granted respondents through February 28, 2007, to file a response to the petition for writ of habeas corpus.  Accordingly, IT IS HEREBY ORDERED that petitioner's February 15, 2007 motion for default judgment is denied.

DATED: February 21, 2007.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:9
peni1547.def