IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE B. PENILTON,** | CIV S-06-1547 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE WOODFORD, et al.,** | |
| Respondents. | |

On February 23, 2007, respondents requested a thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by petitioner. GOOD CAUSE APPEARING, respondent is granted an extension of time to and including March 30, 2007, in which to file a response to the petition for writ of habeas corpus filed by petitioner.

DATED: February 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/peni1547.eot2

1