IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE B. PENILTON,** | CIV S-06-1547 LKK DAD P |
| Petitioner, | **ORDER** |
| **v.** | |
| **JEANNE WOODFORD, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file a response to the amended petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE APPEARING, Respondents' May 9, 2007 request for an extension of time is granted to and including June 8, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: May 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/peni1547.111