IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE B. PENILTON,** | CIV S-06-1547 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE WOODFORD,** | |
| Respondent. | |

Respondent has requested a second thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including July 9, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: June 8, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/peni1547.111(2)