IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B PENILTON,

    Petitioner,                    No. CIV 06-1547 LKK DAD P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.                ORDER

_____/

    Petitioner has requested an extension of time to file his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 29, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

DATED: July 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb
peni1547.111t