IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

      Petitioner,                    No. CIV S 06-1547 LKK DAD P

    vs.

JEANNE WOODFORD, Warden,

      Respondent.               ORDER

_____/

        Petitioner has filed his second request for an extension of time to file a traverse. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's August 8, 2007 request for an extension of time (Doc. 32) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file traverse. No further extensions of time will be granted.

DATED: August 15, 2007.

                                         /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:cm
peni1547.111t(2)