EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5335
 Fax: (916) 324-5567
 E-mail: Scott.Wyckoff@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARUNA ANAND, M.D.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, an agency of the State of California, NORM KRAMER, an individual, JIM ROGERS, an individual, DEBBIE MEEKER, an individual, THERESA BELLECI, an individual, GLEN BARAWED, an individual, DAN SANDS, an individual, TONY CAMPOS, an individual,**<br><br>Defendants. | 2:04cv-01575 LKK GGH<br><br>PARTIES' JOINT STATUS REPORT AND STIPULATED REQUEST FOR CONTINUANCE; ORDER THEREON<br>Date: March 30, 2009<br>Time: 11:30 a.m.<br>Courtroom:<br>Judge The Honorable Lawrence K. Karlton<br>Trial Date None<br>Action Filed: August 5, 2004 |

In response to the Court's Order of January 13, 2009, setting this case for a status conference, the parties, by and through their respective counsel, submit this Joint Status Report and Stipulated Request for Continuance. The parties report as follows:

1. On May 4, 2009, the defendants will move the Court for an order enforcing a settlement between defendants and plaintiff;

1

Joint Status Report and Stipulated Request for Continuance; [Proposed] Order Thereon (2:04cv-01575 LKK GGH

PDF created with pdfFactory trial version www.pdffactory.com

2. If defendants' motion is granted, it will dispose of the litigation in its entirety. If the motion is not granted, a new trial date will need to be scheduled

3. The parties therefore request that the status conference be continued until after the Court rules on defendants' motion to enforce the settlement.

4. The status conference is continued to May 26, 2009 at 3:30 p.m. The parties shall file their status reports ten (10) days prior to the new status conference date.

Dated: March 19, 2009 \_\_/s/_____
Scott H. Wyckoff
Supervising Deputy Attorney General
Attorneys for Defendants

Dates: March 19, 2009 \_\_/s/_____
Lawrence J. King
Attorney for Plaintiff

**IT IS SO ORDERED.**

**Dated: March 26, 2009.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SA2005100226
30698625.doc

2

Joint Status Report and Stipulated Request for Continuance; [Proposed] Order Thereon (2:04cv-01575 LKK GGH

PDF created with pdfFactory trial version www.pdffactory.com